Sylvester Hines, Plaintiff-Appellee, v. Donald F. Muirheid, Administrator of Estate of Thomas A. Norman, Deceased, Defendant-Appellant.

Gen. No. 9,792.

Monroe & McGaughey, for appellant; John F. Regan, and Francis R. Wiley, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed March 11, 1952; released for publication April 7, 1952.

People of State of Illinois on Relation of John S. Boyle, State's Attorney of Cook County, Appellant, v. The Board of Election Commissioners of City of Chicago et al., Appellees.

Gen. No. 45,792.